# United States Court of Appeals for the Federal Circuit

---

**NATIONAL STEEL CAR LTD.,**
*Plaintiff-Appellant*

v.

**GREENBRIER-CONCARRIL LLC, GREENBRIER LEASING COMPANY, LLC, GREENBRIER-GIMSA, LLC,**
*Defendants-Appellees*

---

2024-1453

---

Appeal from the United States District Court for the District of Oregon in No. 3:20-cv-01275-YY, Magistrate Judge Youlee Yim You.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

November 19, 2025
Date

Jarrett B. Perlow
Clerk of Court